Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−21865−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Svetlana Ricci
   aka Svetana Halasova
   489 East Freehold Road
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−3753

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/19/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: July 19, 2017
JAN: bwj

                                                  Jeanne Naughton
                                                  Clerk

```
                         United States Bankruptcy Court
                             District of New Jersey

In re:                                                           Case No. 16-21865-CMG
Svetlana Ricci                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jul 19, 2017
                              Form ID: 148             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db            +Svetlana Ricci,    489 East Freehold Road,    Freehold, NJ 07728-7726
516242781    #+ACB Receivables Management,    Po Box 350,   Asbury Park, NJ 07712-0350
516242793     +Cap1/vlcty,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
516242803     +Citimortgage Inc,    Po Box 6243,   Sioux Falls, SD 57117-6243
516242806     +Fein,Such, Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
516242808     +Gateway Funding Divers,    300 Welsh Rd Bldg 5,    Horsham, PA 19044-2273
516242811    ++LADCO LEASING,    7300 CHAPMAN HIGHWAY,    KNOXVILLE TN 37920-6612
              (address filed with court: Ladco Leasing,     555 St Charles Dr,    Suite 200,
                Thousand Oaks, CA 91360)
516242814    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
              (address filed with court: Nissan Motor,    Attn: Bankruptcy,    8900 Freeport Parkway,
                Irving, TX 75063)
516242813     +Natl Cty Crd/PNC,    Attn: Bankruptcy Department BR-YB58-01-7,    6750 Miller Road,
                Brecksville, OH 44141-3262
516242815     +Pnc Bank,   Po Box 5570,   Cleveland, OH 44101-0570
516242817     +RCS//Bank of NY Mellon/Bank of America,    PO Box 650090,    Po Box 5170,   Dallas, TX 75208-9170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2017 22:54:53      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2017 22:54:50      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516242780    +E-mail/Text: bk.notices@a1collectionagency.com Jul 19 2017 22:55:18      A-1 Collection Agency,
                715 Horizon Drive,   Grand Junction, CO 81506-8700
516242783    +EDI: BECKLEE.COM Jul 19 2017 22:28:00      American Express,   Po Box 3001,
                16 General Warren Blvd,   Malvern, PA 19355-1245
516414803     EDI: BECKLEE.COM Jul 19 2017 22:28:00      American Express Bank FSB,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
516366768     EDI: AIS.COM Jul 19 2017 22:33:00      American InfoSource LP as agent for,   Verizon,
                PO Box 248838,   Oklahoma City, OK 73124-8838
516242785    +EDI: AMEREXPR.COM Jul 19 2017 22:28:00      Amex/American Express,
                American Express Special Research,   Po Box 981540,    El Paso, TX 79998-1540
516242786     EDI: BANKAMER.COM Jul 19 2017 22:28:00      Bank Of America,   Attention: Recovery Department,
                4161 Peidmont Pkwy.,   Greensboro, NC 27410
516242792     EDI: BANKAMER.COM Jul 19 2017 22:28:00      Bk Of Amer,   4161 Piedmont Pkwy,
                Greensboro, NC 27410
516242790     EDI: BANKAMER.COM Jul 19 2017 22:28:00      Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
516242788    +EDI: BANKAMER.COM Jul 19 2017 22:28:00      Bank of America,
                Attn: Bankruptcy Dept NC4-105-0314,   Po Box 26012,   Greensboro, NC 27420-6012
516242787    +EDI: BANKAMER.COM Jul 19 2017 22:28:00      Bank of America,
                Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,    Simi Valley, CA 93062-5170
516242789    +EDI: TSYS2.COM Jul 19 2017 22:28:00      Barclays Bank Delaware,   Attn: Bankruptcy,
                P.O. Box 8801,   Wilmington, DE 19899-8801
516242801     EDI: CITICORP.COM Jul 19 2017 22:28:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
                Po Box 20363,   Kansas City, MO 64195
516242802     EDI: CITICORP.COM Jul 19 2017 22:28:00      Citibank Usa,
                Citicorp Credit Services/Attn:Centralize,    Po Box 20507,   Kansas City, MO 64195
516242821     EDI: CITICORP.COM Jul 19 2017 22:28:00      Unvl/citi,   Attn.: Centralized Bankruptcy,
                Po Box 20507,   Kansas City, MO 64195
516242795    +EDI: CAPITALONE.COM Jul 19 2017 22:28:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
                Po Box 30285,   Salt Lake City, UT 84130-0285
516242796    +EDI: CAPITALONE.COM Jul 19 2017 22:28:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
516316002     EDI: CAPITALONE.COM Jul 19 2017 22:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
516242797    +EDI: CHASE.COM Jul 19 2017 22:33:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
516242800    +EDI: CHASE.COM Jul 19 2017 22:33:00      Chase Mht Bk,   Attn:Bankruptcy Dept,   Po Box 15298,
                Wilmington, DE 19850-5298
516256314     EDI: DISCOVER.COM Jul 19 2017 22:28:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
516242804    +EDI: DISCOVER.COM Jul 19 2017 22:28:00      Discover Fin Svcs Llc,   Po Box15316,
                Wilmington, DE 19850-5316
516242805    +EDI: DISCOVER.COM Jul 19 2017 22:28:00      Discover Fin Svcs Llc,   Po Box 15316,
                Wilmington, DE 19850-5316
516242807    +EDI: CHASE.COM Jul 19 2017 22:33:00      First Usa Bank N A,   1001 Jefferson Plaza,
                Wilmington, DE 19801-1493
516242810    +EDI: RMSC.COM Jul 19 2017 22:28:00      GECRB/JC Penny,   Attention: Bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
516242812    +EDI: MID8.COM Jul 19 2017 22:33:00      Midland Funding,   8875 Aero Dr,
                San Diego, CA 92123-2255
516242816     EDI: PRA.COM Jul 19 2017 22:28:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Jul 19, 2017
                              Form ID: 148             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516242818       +EDI: RMSC.COM Jul 19 2017 22:28:00      Sams Club / GEMB,   Attention: Bankruptcy Department,
                 Po Box 103104,   Roswell, GA 30076-9104
516478970       +EDI: RMSC.COM Jul 19 2017 22:28:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516478588        E-mail/Text: bankruptcy.bnc@ditech.com Jul 19 2017 22:54:33     The Bank of New York Mellon,
                 c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
516242820       +EDI: WTRRNBANK.COM Jul 19 2017 22:28:00      Tnb - Target,   Po Box 673,
                 Minneapolis, MN 55440-0673
516242822       +EDI: VERIZONEAST.COM Jul 19 2017 22:33:00      Verizon,   500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
516242823       +EDI: TSYS2.COM Jul 19 2017 22:28:00      Visdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
                                                                                                TOTAL: 34

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516242784          American Trading Company
516242819          Syncb/lord & Tay
516242782*        +ACB Receivables Management,   Po Box 350,   Asbury Park, NJ 07712-0350
516242791*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court:  Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
516242794*        +Cap1/vlcty,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
516242798*        +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
516242799*        +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
516242809*        +Gateway Funding Divers,   300 Welsh Rd Bldg 5,   Horsham, PA 19044-2273
516479111*        +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 2, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-74T1, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-74T1, as a dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    THE BANK OF NEW YORK MELLON , F/K/A THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., CHL MORTGAGE PASS-THROUGH TRUST
               2005-74T1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES bankruptcy@feinsuch.com
              Russell L. Low    on behalf of Debtor Svetlana   Ricci rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                                 TOTAL: 5
```